UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TEVIS; and, NANCY TEVIS,            )<br>                    Debtors.            )<br>_____)<br>LARRY TEVIS; and, NANCY TEVIS,            )<br>                    Plaintiffs,            )<br>                                )<br>        v.                        )<br>                                )<br>DEPARTMENT OF VETERAN AFFAIRS,            )<br>et al.,                        )<br>                                )<br>                    Defendants.            )<br>_____) | 2:08-cv-02266-GEB<br><br>ORDER DISMISSING<br>BANKRUPTCY APPEAL |

        This appeal is dismissed because of Debtors failure to comply with Bankruptcy Rule 8006, and to take the action indicated in the Notice filed October 28, 2008.  Debtors should be familiar with Bankruptcy Rule 8006, and were also informed about that rule in the Opening Letter filed September 26, 2008.

        IT IS SO ORDERED.

Dated:  December 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28